# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR VARGAS TORRES, | No. 4:17-CV-01977 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| CAPT. B. HARRIS, et al., | |
| Defendants. | |

## ORDER

### FEBRUARY 13, 2019

On January 17, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court dismiss all claims against Defendant Robert Sichko. No timely objections were filed to this Report and Recommendation. This Court has reviewed the Report and Recommendation and has found no clear error on the face of the record.

Therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation, ECF No. 54, is **ADOPTED IN ITS ENTIRETY**.

2. All claims against Robert Sichko are **DISMISSED**.

3. This case is remanded back to Magistrate Judge Carlson for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge