# EXHIBIT 3

This exhibit is Video 1, which will be provided under separate cover.