# EXHIBIT 4

This exhibit is Video 2, which will be provided under separate cover.