# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR VARGAS TORRES, | No. 4:17-CV-01977 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CAPT. B. HARRIS, *et al.*, | |
| Defendants. | |

## ORDER

### MAY 29, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions for summary judgment, Docs. 69 and 81, are **DENIED**;

2. Defendants' motion for summary judgment, Doc. 90, is **GRANTED**;

3. Plaintiff's state law claim of negligent failure to intervene is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to 28 U.S.C. § 1367(c)(1);

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims remaining; and

5. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge